UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIK DISSINGER,

        **Plaintiff,**

v.                                            Case No.   6:25-cv-574-GAP-LHP

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

        **Defendant.**

## ORDER

On April 23, 2025 this Court entered its Case Management and Scheduling Order designating Thomas John Patti, III as Lead Counsel pursuant to Local Rule 1.01(d)(9) and requiring "Designated Lead Counsel shall contact opposing counsel, select a mediator, reserve a conference date and shall file a Notice with the Court within fourteen days of the date of this Order advising of the selected mediator and scheduled mediation date." (Doc. 18). Counsel has failed to file the Notice of Mediation Conference.

Based on the foregoing, it is ordered as follows:

**1.** No later than June 6, 2025, Mr. Patti shall show cause as to why he should not be sanctioned for failure to comply with this Court's Order, and shall file the required Notice.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties